1022

No. 97–6659. ALLEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6666. HOLLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6668. FOLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6683. GALLARDO v. HURLEY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 97–6690. KNOX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–375. STEINHORST v. FLORIDA. Sup. Ct. Fla. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 97–606. MIAMI UNIVERSITY v. THE MIAMI STUDENT. Sup. Ct. Ohio. Motion of Ohio Public Universities for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–8971. FABIAN v. DE RESTREPO ET AL., *ante*, p. 828;

No. 96–9084. REITZ v. PENNSYLVANIA, *ante*, p. 831;

No. 96–9113. ARTEAGA v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, *ante*, p. 832;

No. 96–9310. STROTHERS v. UNITED STATES, *ante*, p. 841;

No. 96–9329. ARTEAGA v. CALIFORNIA, *ante*, p. 842;

No. 96–9334. COMER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 842;

No. 97–5153. MAO-SHIUNG WEI v. HACKETTSTOWN COMMUNITY HOSPITAL ET AL., *ante*, p. 878;

No. 97–5170. WASHINGTON v. BRUSSTAR, *ante*, p. 879;

No. 97–5631. BROWN v. KOENICK ET AL., *ante*, p. 921;

No. 97–5689. ARCHER v. VALLEY HEALTH CARE CORP., DBA METHODIST HOSPITAL OF SACREMENTO, *ante*, p. 936;

No. 97–5832. FABIAN v. METROPOLITAN DADE COUNTY, FLORIDA, ET AL., *ante*, p. 956; and

No. 97–6001. PEAKE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 938. Petitions for rehearing denied.